UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERESA M. PECK, | ) | CASE NO. CV 12-00577 AGR |
|                Plaintiff, | ) ) | JUDGMENT |
|    vs. | ) ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
|                Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 19, 2013

                                    ALICIA G. ROSENBERG
                                    United States Magistrate Judge